UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v -                   INDICTMENT

YAW NKETIA,
    a/k/a "Caesar,"           06 Cr.

              Defendant.

- - - - - - - - - - - - - - - - - - x

06 CRIM. 893

COUNTS ONE THROUGH FOURTEEN

    The Grand Jury charges:

Background

    1. At all times relevant to this Indictment, YAW NKETIA, a/k/a "Caesar," the defendant, operated a tax return preparation business located at 2368 Jerome Avenue, Bronx, New York, doing business as Caesar Tax & Brokerage Services ("Caesar").

    2. At all times relevant to this Indictment, the Earned Income Tax Credit ("EITC") was a federal program extending an income tax credit to lower-income workers based on, among other things, the amount of their earned income, the number of their dependent children, and their filing status — such as single, married, or head-of-household.

The Fraudulent Scheme

    3. From in or about at least 2000, through in or about 2003, YAW NKETIA, the defendant, fraudulently generated income tax refunds for clients of Caesar by preparing U. S. Individual Income Tax Returns, Forms 1040, and supporting schedules, for the tax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2006

JUDGE KARAS

years 2000 through 2002, knowing those tax returns and accompanying schedules to contain false and fraudulent information, including (1) false dependents and (2) overstated deductions. As a result of the inclusion of this false and fraudulent information on the returns and schedules of his clients, YAW NKETIA, the defendant, generated for those clients earned income tax credits and tax refunds to which those clients were not entitled.

Statutory Allegations

4. On or about the dates set forth below, in the Southern District of New York and elsewhere, YAW NKETIA, the defendant, unlawfully, willfully, and knowingly did aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the Internal Revenue laws, of returns, affidavits, claims, and other documents, which were fraudulent and false as to material matters, to wit, YAW NKETIA, the defendant, prepared U.S. Individual Income Tax Returns, Forms 1040, and accompanying schedules for the taxpayers identified as Clients 1 through 13 below, which returns and schedules falsely reported that said taxpayers were entitled under the Internal Revenue laws to an EITC and/or exemptions and deductions in the amounts set forth below, whereas, as NKETIA then and there well knew and believed, the said taxpayers were not entitled to claim the said credits, exemptions, and deductions:

...

| COUNT | APPROXIMATE FILING DATE | TAXPAYER | TAX YEAR | MATERIAL MATTERS | APPROXIMATE AMOUNT FALSELY REPORTED |
|---|---|---|---|---|---|
| 1 | 4/15/01 | Client 1 | 2000 | EITC | $3,888 |
| | | | | Exemptions | $5,600 |
| | | | | Deductions | $2,050 |
| 2 | 4/15/01 | Client 2 | 2000 | Deductions | $3,528 |
| 3 | 4/15/01 | Client 3 | 2000 | Deductions | $22,935 |
| 4 | 4/15/01 | Client 4 | 2000 | Exemptions | $8,400 |
| 5 | 4/15/01 | Client 5 | 2000 | Deductions | $11,911 |
| 6 | 4/15/01 | Client 6 | 2000 | Deductions | $2,050 |
| 7 | 4/15/02 | Client 6 | 2001 | Deductions | $2,100 |
| 8 | 4/15/03 | Client 7 | 2002 | EITC | $2,265 |
| | | | | Deductions | $2,975 |
| 9 | 4/15/03 | Client 8 | 2002 | EITC | $3,390 |
| | | | | Exemptions | $3,000 |
| | | | | Deductions | $2,975 |
| 10 | 4/15/03 | Client 9 | 2002 | EITC | $2,506 |
| | | | | Exemptions | $3,000 |
| 11 | 4/15/03 | Client 10 | 2002 | EITC | $3,876 |
| | | | | Exemptions | $6,000 |
| | | | | Deductions | $2,200 |
| 12 | 4/15/03 | Client 11 | 2002 | Exemptions | $6,000 |
| | | | | Deductions | $2,200 |
| 13 | 4/15/03 | Client 12 | 2002 | EITC | $2,812 |
| | | | | Exemptions | $6,000 |
| | | | | Deductions | $2,200 |

| COUNT | APPROXIMATE FILING DATE | TAXPAYER | TAX YEAR | MATERIAL MATTERS | APPROXIMATE AMOUNT FALSELY REPORTED |
|---|---|---|---|---|---|
| 14 | 4/15/03 | Client 13 | 2002 | EITC | $1,054 |
|  |  |  |  | Exemptions | $6,000 |
|  |  |  |  | Deductions | $2,200 |

(Title 26, United States Code, Section 7206(2).)


_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

YAW NKETIA,
 a/k/a "Caesar,"

             Defendant.

INDICTMENT

06 Cr. _____

(Title 26, United States Code, Section 7206(2).)

                    MICHAEL J. GARCIA
                    United States Attorney

A TRUE BILL.

_____
Foreperson.

9/28/06 FLD INDICTMENT- CASE ASSIGNED TO JUDGE KARAS
                                            PITMAN J.