```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,


        -against-                         NOTICE OF APPEARANCE

                                          06 Cr. 893 (KMK)
YAW NKETIA,

                Defendant.
- - - - - - - - - - - - - - - - - - - -X
```

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as co-counsel on behalf of defendant YAW NKETIA:

```
        ROLAND R. ACEVEDO
        SEIFF KRETZ & ABERCROMBIE
        444 MADISON AVENUE
        NEW YORK, NEW YORK  10022
        (212) 371-4500
        (212) 317-6883 (fax)
        Racevedo1@aol.com
```

_____
Roland R. Acevedo (RA 8915)