```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,


        -against-                      NOTICE OF APPEARANCE

                                       06 Cr. 893 (KMK)
YAW NKETIA,

               Defendant.
- - - - - - - - - - - - - - - - - - - -X
```

   PLEASE TAKE NOTICE that the undersigned attorney hereby appears as co-counsel on behalf of defendant YAW NKETIA:

>       Shamsey T. Oloko
>       The Thorgood Law Firm
>       100 Park Avenue--20th fl.
>       New York, New York  10017
>       (212) 490-0704
>       (212) 661-4575 (fax)
>       oloko@thorgoodlaw.com

_____
Shamsey T. Oloko