

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :    PROTECTIVE ORDER
        - v. -                   :
                                 :    06 Cr. 893 (KMK)
YAW NKETIA,                      :
   a/k/a "Caesar,"               :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, Michael J. Garcia, United States Attorney, by William C. Komaroff, Assistant United States Attorney,

      IT IS HEREBY ORDERED, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and pursuant to Title 26, United States Code, Section 6103(h)(4)(D), and in due consideration for the congressional policy favoring the confidentiality of tax returns and return information as set forth in Title 26:

      1.   Tax returns and return information, as defined in 26 U.S.C. § 1603(b), produced by the Government in discovery are deemed "Confidential Information."

      2.   Confidential Information disclosed to the defendant or his counsel during the course of proceedings in this action:

         a.   Shall be used by the defendant and his attorneys only for the purpose of this criminal action;

         b.   Shall not be disclosed in any form by the

defendant or his attorneys except as set forth in paragraph 2(c) below;

   c. May be disclosed by the defendant or his attorneys only to the following persons (hereafter "designated persons"):

    i. all personnel employed by the defendant's attorneys and their law firms;

    ii. independent expert witnesses or advisors retained by the defendant or his attorneys in connection with this criminal action;

    iii. witnesses or witnesses' counsel in the context of interviews of those witnesses; and

    iv. such other persons as hereafter may be authorized by the Court upon motion by the defendant.

  3. The defendant and his attorneys shall provide a copy of this Order to the designated persons to whom they disclose confidential information pursuant to paragraph 2(c). Designated persons shall be subject to the terms of this Order.

  4. All documents subject to this Protective Order must be returned to the Government at the end of the criminal

proceedings.

5. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, or trial held in this action or to any Judge or Magistrate Judge of this Court for purposes of this action.

Dated:   New York, New York
         November 17, 2006

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE