# SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF

MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
OF COUNSEL

March 2, 2007

<u>By Hand</u>
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *United States v. Yaw Nketia*  06 Cr. 893 (KMK)

Dear Judge Karas:

    I represent Yaw Nketia in the above-referenced matter. Pursuant to the Court's directive, I have e-mailed a copy of defendant's proposed jury charge, in WordPerfect format, to your case manager, Ms. Eileen Levine. I enclose a courtesy hard copy for the Court's convenience.

    Defendant requests that you add the following questions to the Court's standard voir dire questions:

    a.  Do you prepare and file your own tax returns?

Yes _____     No _____

If <u>no</u>, please indicate without naming the person or entity that prepares and files your tax returns (for example, accountant, relative, CPA, professional tax preparer): _____

    b.  Have you ever paid anyone or any entity a fee to prepare and file your tax returns?

Yes _____     No _____

If <u>yes</u>, indicate without naming the person or entity that you paid (for example, accountant, CPA, professional tax preparer) and the year(s) in which it occurred:_____

SEIFF KRETZ & ABERCROMBIE

Hon. Kenneth M. Karas
*U.S. v. Nketia*
Page 2 of 2

    Thank you for your consideration in this matter.

                         Yours truly,

                         Roland R. Acevedo

cc: AUSA William Komaroff w/o enc.