```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v -                        :   ORDER
                                     :
YAW NKETIA,                          :   06 Cr. 893 (KMK)
    a/k/a "Caesar,"                  :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - x
```

Upon motion of the Government, Counts 2, 4, 5, 6, 7, and 14 in the above-referenced indictment are HEREBY DISMISSED.

SO ORDERED.

DATED:   March 14, 2007
         New York, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE