UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

YAW NKETIA,

          Defendant.

Case No. 06-CR-893 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For reasons that will be stated on the record at sentencing, Defendant's Motion for Judgment of Acquittal is denied. The Clerk of Court is directed to terminate the Motion (Doc. No. 20).

SO ORDERED.

Dated:    April 25, 2007
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE