## SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF

MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883



MEMO ENDORSED

ROLAND R. ACEVEDO
OF COUNSEL

May 30, 2007

Via ECF and First Class Mail
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Yaw Nketia*  06 Cr. 893 (KMK)

Dear Judge Karas:

Shamsey Oloko and I represent defendant Yaw Nketia, and write to alert the Court regarding a conflict of interest that has arisen. On May 21, 2007, Mr. Oloko and I commenced an action in the New York State Supreme Court against Mr. Nketia for legal fees owed in connection with Mr. Nketia's defense in the above-referenced matter. As the result of acrimonious discussions regarding the outstanding fees and the filing of the actual complaint, we believe that the attorney-client relationship has been irreparably damaged and that we can no longer effectively represent Mr. Nketia.

In addition to the dispute over legal fees, we believe that an additional conflict has arisen. Mr. Oloko and I have learned confidential information that we are not at liberty to disclose, but which we feel creates an additional conflict for counsel.

We respectfully request a conference with the Court so that counsel and Mr. Nketia can be heard on this matter. Thank you.

Very truly yours,

Roland R. Acevedo

cc: AUSA William Komaroff

*Handwritten endorsement:* The Court will hold a conference on June 6, 2007, at 2:30 p/m to discuss Counsel's conflict.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/31/07