# SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF

MARIANA OLENKO

*ALSO ADMITTED IN CT

**MEMO ENDORSED**

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
OF COUNSEL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

June 8, 2007

VIA FACSIMILE (212) 805-7968
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Yaw Nketia* 06 Cr. 893 (KMK)

Dear Judge Karas:

I write to update the Court regarding Mr. Nketia. On June 6, 2007, defense counsel and Mr. Nketia appeared before Magistrate Judge Gorenstein for an *in camera* conference regarding counsel's alleged conflict. Today, defense counsel and Mr. Nketia appeared before Magistrate Gorenstein for a second time and Mr. Nketia stated that the attorney-client relationship had been irreparably harmed and he requested court-appointed counsel. Magistrate Gorenstein had Mr. Nketia complete the CJA financial disclosure affidavit and indicated that the defendant appeared to be eligible for CJA counsel. Magistrate Gorenstein also directed counsel to contact your Honor to arrange another conference with the Court.

I have consulted with the Government and the parties are available the following dates/times: June 11th--afternoon; June 12--morning; June 14th--afternoon; June 15th--all day. Thank you for your consideration in this matter.

Very truly yours,

Roland Acevedo

cc: AUSA Komaroff (via e-mail)
Yaw Nketia (via First Class Mail)

*The next conference will be on June 14th at 330pm.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/11/07