# SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF
———
MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883
———
ROLAND R. ACEVEDO
OF COUNSEL

June 14, 2007

VIA ECF and FACSIMILE (212) 805-7968
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Yaw Nketia*  06 Cr. 893 (KMK)

Dear Judge Karas:

Pursuant to the Court's directive, Mr. Nketia, Mr. Oloko and I appeared today before Magistrate Judge Debra Freeman. Magistrate Freeman reviewed Mr. Nketia's CJA financial disclosure affidavit, determined that he was eligible for court-appointed counsel and appointed David Meister, of Clifford Chance, to represent Mr. Nketia. Mr. Oloko and I met with Mr. Meister, gave him a brief summary of the case and made arrangements to transfer the files in this matter.

In light of the fact that Mr. Nketia has been appointed CJA counsel, Mr. Oloko and I renew our application to be relieved due to the conflict that we have with Mr. Nketia.

Thank you for your consideration in this matter.

Respectfully submitted,

Roland R. Acevedo (RA 8915)

cc:  AUSA William Komaroff (via ECF)
     Shamsey Oloko (via ECF)