# C L I F F O R D
# C H A N C E

**MEMO ENDORSED**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**DAVID MEISTER**
Partner

DIRECT TEL 212 878-8537
DIRECT FAX
david.meister@cliffordchance.com

July 5, 2007

Via Facsimile

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/07

Re:   United States v. Yaw Nketia, 06 Cr. 893 (KMK)

Dear Judge Karas:

The Court has appointed me to represent Mr. Nketia in this matter. The Court adjourned the sentencing *sine die* with the understanding that counsel would contact the Court to arrange a new sentencing date.

I respectfully request that the Court schedule the sentence for September 20 at 10:30 a.m., which I understand from the Court's Deputy is convenient for the Court. AUSA Komaroff has informed me that the proposed date and time is also convenient to the Government.

Respectfully submitted

David Meister

cc: William C. Komaroff, AUSA

Granted,

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/5/07

NYA 849309.1