AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

**APPEARANCE**

United States of America

v.

Yaw Nketia

Case Number: 06 CR 893(KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, Yaw Nketia

I certify that I am admitted to practice in this court.

7-10-07
Date

[Signature]
Signature

David Meister
Print Name                                    Bar Number

Clifford Chance US LLP
31 W. 52nd Street
Address

New York          NY          10019
City              State       Zip Code

(212) 878-8537              (212) 878-8375
Phone Number                Fax Number

E-mail: david.meister@cliffordchance.com