UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Yaw Nketia,**

           **Defendant.**

Case No.

06 -CR-893  (KMK)

AMENDED ORDER
SETTING SENTENCE DATE

<u>KENNETH M. KARAS, District Judge:</u>

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Wednesday, October 3, 2007 at 10:00am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

      Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on September 18. Government's reply, if any, is to be received in Chambers not later than 5pm on September 26.

Dated: August **13**, 2007
       New York, New York

                                 KENNETH M. KARAS
                                 UNITED STATES DISTRICT JUDGE

<u>Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>