

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 19, 2007

By Facsimile
Hon. Kenneth M. Karas
United States District Judge
500 Pearl Street, Room 920
New York, New York 10007-1312

**MEMO ENDORSED**

    Re:    United States v. Yaw Nketia
           06 Cr. 893 (KMK)

Dear Judge Karas:

    On October 9, 2007, the defendant filed a motion for a new trial. According to the briefing schedule set by the Court, the Government's opposition memorandum is due today. A draft of the Government's opposition memorandum is complete, but is still being reviewed by a supervisor at the United States Attorney's Office. Therefore, the Government respectfully requests a one-day extension of the briefing schedule set by the Court. Counsel for the defendant has graciously consented to this request.

    If this request is granted, the new briefing schedule will be as follows: opposition by the Government no later than October 22, 2007, and a reply, if any, by the defendant no later than October 29, 2007.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                  By: _____

                             Todd W. Blanche
                             Assistant United States Attorney
                             Tel.: (212) 637-2494
                             Fax: (212) 637-2937

cc:    David Meister, Esq.
        Clifford Chance US LLP
        31 West 52nd Street
        New York, NY 10019
        (via facsimile)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

10/22/07