**C L I F F O R D**

**C H A N C E**



NOV 2 0 2007

**MEMO ENDORSED**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

JASON SPIRO
Associate

DIRECT TEL 212 878-8537
DIRECT FAX
david.meister@cliffordchance.com

November 19, 2007

Via Federal Express

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Yaw Nketia*, 06 Cr. 893 (KMK)

Dear Judge Karas:

Our client Yaw Nketia respectfully requests the Court's permission to travel to Worcester, Massachusetts to attend a friend's wedding on Saturday, December 1. Mr. Nketia would travel to Worcester by bus on Friday, November 30, and return to New York by bus on Sunday, December 2.

While in Worcester, Mr. Nketia plans to stay at his friend Ben Mensah's home, located at 24 Nome Street, Worcester, Massachusetts 01605. Mr. Mensah can be reached at (617) 290-3862.

Assistant United States Attorney Todd Blanche has given the Government's consent to this request.

Respectfully submitted,

Jason Spiro

cc: Todd W. Blanche, Assistant U.S. Attorney (by Federal Express)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
11/26/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```